# Third District Court of Appeal

## State of Florida

Opinion filed February 19, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2110
Lower Tribunal No. M23-15061
_____

**Christian Johandry Castro,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Cristina Rivera Correa, Judge.

Carlos J. Martinez, Public Defender, and Jennifer Thornton, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, and Haccord J. Curry, Assistant Attorney General, for appellee.

Before MILLER, GORDO, and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Blackwell v. State</u>, 389 So. 3d 633, 635–36 (Fla. 3d DCA 2023) (holding verdict unanimity not required on a specific act supporting conviction where an offense may be committed by alternative acts); <u>Perley v. State</u>, 947 So. 2d 672, 674 (Fla. 4th DCA 2007) ("While the presentation of dual theories of a crime is allowable, this occurs when a defendant is charged with the commission of one crime, and the State presents two scenarios or bases supporting the commission of the crime."); <u>Barnett v. State</u>, 121 So. 3d 643, 646 (Fla. 4th DCA 2013) ("The State's opportunity to pursue alternative theories of the commission of a crime includes situations in which the information alleges more than one victim."); <u>Wallace v State</u>, 724 So. 2d 1176, 1181 (Fla. 1998) (holding defendant's resistance of two officers attempting to arrest him was "a single instance of obstruction"); <u>Provow v. State</u>, 14 So. 3d 1134, 1136 (Fla. 4th DCA 2009) (noting "a single count of resisting multiple officers" can "be proved by specifying [resistance of] either or both" officers).